Devin Deneil DINKINS, Plaintiff—
Appellant,

v.

Lawrence DINKINS; Sumter County
Correctional Institution; Agent Clem-
ons, Defendants—Appellees,

and

Mamie Ella Sanders Dinkins,
Defendant.

No. 09–6298.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 21, 2009.

Decided: June 1, 2009.

---

Devin Deneil Dinkins, Appellant pro se.
John Derrick Clark, Sumter, South Car-
olina; James M. Davis, Jr., Joel Steve
Hughes, Davidson & Lindemann, PA, Co-
lumbia, South Carolina; Tommy Evans,
Jr., South Carolina Department of Proba-
tion, Parole & Pardon, Columbia, South
Carolina, for Appellees.

Before MOTZ, TRAXLER, and AGEE,
Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Devin Deneil Dinkins seeks to appeal
the district court's order denying relief on
his 42 U.S.C. § 1983 (2006) complaint. We
dismiss the appeal for lack of jurisdiction
because the notice of appeal was not timely
filed.

Parties are accorded thirty days after
the entry of the district court's final judg-
ment or order to note an appeal, Fed.
R.App. P. 4(a)(1)(A), unless the district
court extends the appeal period under
Fed. R.App. P. 4(a)(5), or reopens the ap-
peal period under Fed. R.App. P. 4(a)(6).
This appeal period is "mandatory and ju-
risdictional." *Browder v. Dir., Dep't of
Corr.*, 434 U.S. 257, 264, 98 S.Ct. 556, 54
L.Ed.2d 521 (1978) (quoting *United States
v. Robinson*, 361 U.S. 220, 229, 80 S.Ct.
282, 4 L.Ed.2d 259 (1960)).

The district court's order was entered
on the docket on October 24, 2008, 2008
WL 4695110. The notice of appeal was
filed on February 17, 2009.* Because Din-

---

* For the purpose of this appeal, we assume that     the date appearing on the notice of appeal is

kins failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. In light of this disposition, we grant the Appellee's motion to dismiss the appeal and we deny Dinkins' motion to subpoena memorandum and supporting documents and for extension of time. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

the earliest date it could have been properly delivered to prison officials for mailing to the court. Fed. R.App. P. 4(c); *Houston v. Lack,*

487 U.S. 266, 108 S.Ct. 2379, 101 L.Ed.2d 245 (1988).